IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DAVID J. DEGRAPHENREED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:23-cv-00134 |
| | ) | Judge Trauger |
| CLARENCE CARTER, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On August 10, 2023, the Magistrate Judge issued a Report and Recommendation (Doc No. 21), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, the following are hereby ORDERED:

1. The Motion to Dismiss filed by the defendant (Doc. No. 16) is GRANTED;

2. The plaintiff's Motion for Temporary Restraining Order or Preliminary Injunction or Permanent Injunction (Doc. No. 14) is DENIED; and

3. This case is DISMISSED WITH PREJUDICE in its entirety.

The Clerk shall enter judgment in accordance with Rule 58, Federal Rules of Civil Procedure.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge